THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERNA BEUTEL, | CASE NO. C18-1266-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SPENTECH, INC. d/b/a SPENCER TECHNOLOGIES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on defense counsel's motion to withdraw as attorney (Dkt. No. 13) and the subsequent notice of appearance filed on behalf of Defendants (Dkt. No. 16). In accordance with Local Civil Rule 83.2(b)(3), the Court need not grant leave to withdraw. The Clerk is DIRECTED to terminate the motion to withdraw (Dkt. No. 13) as moot.

DATED this 22nd day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk