THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERNA BEUTEL, | CASE NO. C18-1266-JCC |
| Plaintiff, | ORDER |
| v. | |
| SPENTECH, INC. d/b/a SPENCER TECHNOLOGIES, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' stipulation for entry of judgment (Dkt. No. 19). Having reviewed the stipulation, the Court ORDERS that:

1. Judgment be, and is hereby, entered in favor of Plaintiff Erna Beutel, individually and as trustee of the Erna Martin Beutel Trust, and against Defendants Scott Seidel and Spentech d/b/a Spencer Technologies, Inc., jointly and severally, in the sum of $150,000.00;

2. Beutel may immediately take whatever actions are required to impose a judgment lien on Seidel's assets, real or personal. Except for the foregoing, Beutel shall not take any actions to enforce this judgment before July 1, 2019, except in the event a Change of Control[1]

---

[1] "Change of Control" means either (i) the acquisition of Spentech by another person or entity by means of any transaction or series of related transactions to which Spentech is a party (including, without limitation, any stock acquisition, reorganization, merger, or consolidation, but excluding

ORDER
C18-1266-JCC
PAGE - 1

occurs prior to July 1, 2019 and Beutel is not paid $150,000.00 in satisfaction of the judgment from the proceeds realized from that Change of Control within five days of the close of that transaction, then Beutel may immediately take any action otherwise allowed by law to enforce the judgment. Furthermore, in the event the judgment is not satisfied in full on or before July 1, 2019, Beutel may immediately take any action otherwise allowed by law to enforce this judgment without further order of the Court;

3. Beutel may recover attorney fees and costs incurred in enforcing this judgment against both Seidel and Spentech;

4. Post-judgment interest shall accrue hereon at a rate of 10% per annum, rather than at the federal post-judgment rate, against both Seidel and Spentech, commencing on the date of entry of this judgment;

5. The security agreement and previously filed UCC-1 Financing Statement (specifically, the Financing Statement filed with the Washington Secretary of State on September 5, 2017, file number 2017-248-8771-1, (Dkt. No. 19 at 7)) imposing and perfecting a lien on the assets of Spentech for the benefit of the Erna Martin Beutel Trust, shall survive entry of this judgment and remain a perfected and enforceable lien against the assets of Spentech, securing this judgment; and

6. If Seidel fails to cause the payment of $150,000.00 to be paid to Beutel directly from the proceeds of the Change of Control within five days of the close of that transaction (or $50,000.00, if Seidel has previously paid Beutel $100,000.00), Seidel will be in contempt of court, and Beutel may seek all remedies available for such contempt from the Court.

The Clerk is DIRECTED to close this case.

//

//

---

any sale of securities for capital raising purposes); or (ii) a sale, lease, or other conveyance of all or substantially all of the assets of Spentech.

1     DATED this 21st day of March 2019.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE